**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**DEMARCO KELLY**                                                              **PETITIONER**

**V.**                                                              **NO. 1:24-CV-124-DMB-RP**

**STATE OF MISSISSIPPI**                                                              **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the "Opinion and Order" entered this date, DeMarco Kelly's petition

for a writ of habeas corpus is denied.  A certificate of appealability is denied.

**SO ORDERED**, this 31st day of March, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**